**AMARO | BALDWIN LLP**
Rudie D. Baldwin, Esq. (Bar No. 245218)
Lauren Kim, Esq. (Bar No. 339538)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
Facsimile: (562) 912-7919
rbaldwin@amarolawyers.com
lkim@amarolawyers.com
PALA0069
Attorneys for Defendant,
FESTIVAL FUN PARKS, LLC dba CASTLE PARK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

PIPER JOHNSON, a minor by and through guardian ad litem, Lindsay Johnson,

        Plaintiff,

v.

CASTLE PARK, a business entity, form unknown; PALACE ENTERTAINMENT HOLDINGS, LLC; CENTAUR HOLDINGS UNITED STATES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PALACE ENTERTAIMENT; FESTIVAL FUN PARKS, LLC; and DOES 1 through 100, inclusive,

        Defendants.

CASE NO. 5:22-cv-01549

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S. CODE §§ 1441 and 1446 (DIVERSITY); DEMAND FOR JURY TRIAL; DECLARATION OF RUDIE D. BALDWIN**

Complaint Filed: February 22, 2022
Trial Date: None

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION:**

PLEASE TAKE NOTICE that Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK (erroneously sued herein as "PALACE ENTERTAINMENT HOLDINGS, LLC" and "CENTAUR HOLDINGS UNITED STATES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PALACE ENTERTAINMENT") ("Defendant") hereby removes the above-entitled action to the United States District Court for the Central District of California, Eastern Division, pursuant to 28 U.S.

1  Code §§ 1441 and 1446.  As grounds for removal, Defendant respectfully states:

## BACKGROUND

1.     On or about February 22, 2022, Plaintiff, PIPER JOHNSON, a minor by and through guardian ad litem, Lindsay Johnson ("Plaintiff") commenced a civil action in the Superior Court of the State of California for the County of Riverside, captioned *Piper Johnson, a minor by and through guardian ad litem, Lindsay Johnson v. Castle Park, et al.*   Case No. CVRI2200775 (the "State Court Action").  A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2.     The Complaint was served on Defendant's Agent for Service of Process on June 17, 2022. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B"**.

3.     At the time Defendants were initially served, there was insufficient information upon which to assess diversity jurisdiction, in regard to the amount in controversy.

4.     Defendant's Answer was served on July 14, 2022.

## JURISDICTION

5.     This matter is removed to the United States District Court for the Central District of California, Eastern Division, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

6.     Defendant is informed and believes that Plaintiff is an individual, residing in the State of California.

AMARO | BALDWIN LLP

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**
JOHNSON/NTC REMOVAL FEDERAL- JOHNSON

7.     Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK was, and currently is, incorporated in the State of Delaware (See Declaration of Rudie D. Baldwin, and **Exhibit "D",** State of Delaware Entity Details).  In addition, Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK has its principal place of business in West Mifflin, PA (See Declaration of Rudie D. Baldwin, and **Exhibit "D",** Notice of Change of Address and Screenshot from Website).

8.     Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

9.     The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that she hit her face on an exposed bolt in a splash playground located at Castle Park, (County of Riverside), Riverside, California, on July 21, 2019 (See **Exhibit "A"**, Complaint, Paragraph 1, Page 2).

10.     Plaintiff, PIPER JOHNSON, claims that she suffered serious economic and noneconomic damages. Plaintiff's counsel has represented that the amount in controversy exceeds $75,000 in a Statement of Damages served in the State Court action. (See Declaration of Rudie D. Baldwin, and **Exhibit "C"** Plaintiff's Statement of Damages for over $1,000,000). As such, the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000).

11.     No proceedings have taken place in the State Court to which Defendant had notice.

12.     Defendant's Answer was served on July 14, 2022.

13.     The underlying State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**
JOHNSON/NTC REMOVAL FEDERAL- JOHNSON

the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

### AMOUNT IN CONTROVERSY

14.    Over $1,000,000 per a Statement of Damages served in the State Court action. (See Declaration of Rudie D. Baldwin, and **Exhibit "C"**).

### NOTICE

15.    Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of Riverside, which will be filed in that Court.  (See Declaration of Rudie D. Baldwin, and **Exhibit "E"**.

### DEMAND FOR JURY TRIAL

16.    Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the <u>Federal Rules of Civil Procedure</u>, Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK hereby respectfully demands a trial by jury.


DATED:  September 1, 2022          AMARO | BALDWIN LLP

By:_____
        RUDIE D. BALDWIN
        Attorneys for Defendant,
        FESTIVAL FUN PARKS, LLC

AMARO | BALDWIN LLP

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**
JOHNSON/NTC REMOVAL FEDERAL- JOHNSON

AMARO | BALDWIN LLP

## DECLARATION OF RUDIE D. BALDWIN

I, RUDIE D. BALDWIN, declare:

I am an attorney, duly licensed to practice law in all the courts of the State of California and am a partner in the law firm of Amaro | Baldwin LLP, attorneys of record for Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK (erroneously sued as Centaur Holdings United States, Inc. dba Palace Entertainment) ("Defendant"). As such, I have personal knowledge of the files and pleadings in this matter, as well as the facts stated below. If called upon as a witness, I could and would competently testify as follows:

## BACKGROUND

1.  On or about February 22, 2022, Plaintiff, PIPER JOHNSON, a minor by and through guardian ad litem, Lindsay Johnson ("Plaintiff") commenced a civil action in the Superior Court of the State of California for the County of Riverside, captioned *Piper Johnson, a minor by and through guardian ad litem, Lindsay Johnson v. Castle Park, et al.* Case No. CVRI2200775 (the "State Court Action"). A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2.  The Complaint was served on Defendant's Agent for Service of Process on June 17, 2022. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B"**.

3.  At the time Defendants were initially served, there was insufficient information upon which to assess diversity jurisdiction, in regard to the amount in controversy.

4.  Defendant's Answer was served on July 14, 2022.

## JURISDICTION

5.  This matter is removed to the United States District Court for the Central

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT
JOHNSON/NTC REMOVAL FEDERAL- JOHNSON

District of California, Eastern Division, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

6.      Defendant is informed and believes that Plaintiff is an individual, residing in the State of California.

7.      Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK was, and currently is, incorporated in the State of Delaware (See Declaration of Rudie D. Baldwin, and **Exhibit "D",** State of Delaware Entity Details).  In addition, Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK has its principal place of business in West Mifflin, PA (See Declaration of Rudie D. Baldwin, and **Exhibit "D",** Notice of Change of Address and Screenshot from Website).

8.      Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

9.      The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that she hit her face on an exposed bolt in a splash playground located at Castle Park, (County of Riverside), Riverside, California, on July 21, 2019 (See **Exhibit "A"**, Complaint, Paragraph 1, Page 2).

10.      Plaintiff, PIPER JOHNSON, claims that she suffered serious economic and noneconomic damages. Plaintiff's counsel has represented that the amount in controversy exceeds $75,000 in a Statement of Damages served in the State Court action. (See Declaration of Rudie D. Baldwin, and **Exhibit "C"** Plaintiff's Statement of Damages for over $1,000,000). As such, the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000).

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT
JOHNSON/NTC REMOVAL FEDERAL- JOHNSON

11.   No proceedings have taken place in the State Court to which Defendant had notice.

12.   Defendant's Answer was served on July 14, 2022.

13.   The underlying State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

14.   Over $1,000,000 per a Statement of Damages served in the State Court action. (See Declaration of Rudie D. Baldwin, and **Exhibit "C"**).

## NOTICE

15.   Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of Riverside, which will be filed in that Court.  (See Declaration of Rudie D. Baldwin, and **Exhibit "E"**.

## DEMAND FOR JURY TRIAL

16.   Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK hereby respectfully demands a trial by jury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on September 1, 2022, at Long Beach, California.

_____
RUDIE D. BALDWIN, Declarant

AMARO | BALDWIN LLP

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT
JOHNSON/NTC REMOVAL FEDERAL- JOHNSON