**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PIPER JOHNSON, a minor by and through guardian ad litem, Lindsay Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>CASTLE PARK, a business entity, form unknown; PALACE ENTERTAINMENT HOLDINGS, LLC; CENTAUR HOLDINGS UNITED STATES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PALACE ENTERTAIMENT; FESTIVAL FUN PARKS, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 5:22-cv-01549-CAS(SHKx)<br><br>(Assigned to Judge Christina a. Snyder and Magistrate Judge Shashi H. Kewalramani)<br><br>**ORDER RE JOINT STIPULATION RE AMOUNT IN CONTROVERSY AND REMAND  [13]**<br><br>Complaint Filed:  February 22, 2022 Trial Date:  None |

GOOD CAUSE APPEARING, the Court hereby approves this Joint Stipulation and Orders the amount in controversy shall be no more than $74,000 and this matter shall be REMANDED to the Superior Court of the State of California, County of Riverside.

DATED: October 11, 2022

_____
US DISTRICT COURT JUDGE

1
ORDER

JOHNSON/STIP